**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1698**

---

FRIZZELL CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

**No. 16-1704**

---

FRIZZELL CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

**No. 16-1706**

---

FRIZZELL CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

**No. 16-1708**

_____

FRIZZELL CARRELL WOODSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:16-cv-00233-HEH; 3:16-cv-00234-HEH; 3:16-cv-00235-HEH; 3:16-cv-00236-HEH)

_____

Submitted: September 13, 2016    Decided: September 16, 2016

_____

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

_____

Dismissed and remanded by unpublished per curiam opinion.

_____

Frizzell Carrell Woodson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Frizzell Carrell Woodson seeks to appeal the district court's orders dismissing without prejudice his complaints for failing to plead sufficient facts to state a claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949).

An order dismissing a complaint without prejudice is not an appealable final order if "the plaintiff could save his action by merely amending his complaint." Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Where a district court dismisses an action for failure to plead sufficient facts in the complaint, we lack appellate jurisdiction because the plaintiff could amend the complaint to cure the pleading deficiency. Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 624 (4th Cir. 2015). Accordingly, we deny Woodson's motions for default judgment and to deconsolidate the appeals, dismiss the appeals, and remand the cases to the district court with instructions to allow Woodson to file amended complaints. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED AND REMANDED

3